## RUSSELL v. BUCHANAN

No. 228P98

Case below: 129 N.C.App. 519

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 8 July 1998.

## RYAN v. UNC HOSPITALS

No. 48PA98

Case below: 128 N.C.App. 300

Petition by defendant (University of North Carolina Hospitals) for discretionary review pursuant to G.S. 7A-31 allowed 8 July 1998.

## SCHMIDT v. OLINGER

No. 142P98

Case below: 128 N.C.App. 751

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 July 1998.

## SNEAD v. CAROLINA PRE-CAST CONCRETE, INC.

No. 221P98

Case below: 129 N.C.App. 331

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 8 July 1998.

## SOUTH BLVD. VIDEO & NEWS v. CHARLOTTE ZONING BD.

No. 205P98

Case below: 129 N.C.App. 282

Motion by respondents to dismiss the appeal for lack of substantial constitutional question allowed 8 July 1998. Petition by petitioners for discretionary review pursuant to G.S. 7A-31 denied 8 July 1998.